# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.   14-CV-03027-RM-MEH

JOHN DOE

    Plaintiff,

v.

UNIVERSITY OF COLORADO BOULDER

    Defendant,

---

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

---

The Parties' submit the following Stipulated Motion to Dismiss with Prejudice and state as follows:

The Parties have resolved and settled all issues between them and as part of their agreement stipulate that this Civil Action and all claims be dismissed with prejudice. Each party is to pay its own fees and costs.

WHEREFORE, the Parties respectfully request that this action and all claims herein be dismissed with prejudice.

**DATED** at Denver, Colorado this 19th day of February, 2015.

| *Attorneys for Defendant – University* | *Attorneys for Plaintiff John Doe* |
|---|---|
| s/ *David P. Temple* <br> David P. Temple <br> Erica Weston <br> University of Colorado <br> Office of University Counsel <br> 1800 Grant Street, Suite 700 <br> Denver, Colorado 80203 <br> Tel: 303-860-5691 <br> Fax: 303-860-5650 <br> David.temple@cu.edu <br> Erica.weston@cu.edu | s/ *Andrew T. Miltenberg* <br> Andrew T. Miltenberg <br> Kimberly C. Lau <br> Nesenoff & Miltenberg, LLP <br> 363 Seventh Avenue, Fifth Floor <br> New York, New York 10001 <br> (212) 736-4500 <br> amiltenberg@nmllplaw.com <br> klau@nmllplaw.com <br><br> -and- <br><br> s/ *Michael Mirabella* <br> Michael Mirabella <br> Michael Mirabella P.C. <br> 1129 Cherokee St. <br> Denver, Colorado 80204 <br> (303) 381-3408 <br> mmirabella@mbellalaw.com |