IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03027-RM-MEH

JOHN DOE,

    Plaintiff,

v.

UNIVERSITY OF COLORADO BOULDER,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 19, 2015.**

    In light of the parties' filing a Stipulated Motion to Dismiss with Prejudice [docket #36], the status conference set for February 23, 2015 is **vacated**.  Additionally, the Defendant's Motion to Dismiss [filed January 9, 2015; docket #29] is **denied** as moot.