# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Raymond P. Moore

Civil Action No. 14-cv-03027-RM-MEH

JOHN DOE,

    Plaintiff,

v.

UNIVERSITY OF COLORADO BOULDER,

    Defendant.

---

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE
---

THE COURT, having reviewed the parties' Stipulated Motion to Dismiss with Prejudice (ECF No. 36) and finding good grounds for the same;

HEREBY ORDERS that the above Civil Action is dismissed with prejudice as against all parties, and each party to bear its own fees, costs and expenses.

DATED this 19th day of February, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge